United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 19, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 06-50442
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO VILLAGOMEZ-SIERRA,

Defendant-Appellant.

-----------------------------------------------------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No.  2:05-CR-109
-----------------------------------------------------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Francisco Villagomez-Sierra has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.  Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.

---

[*] Pursuant  to 5TH CIR. R. 47.5, the  court  has  determined  that this opinion  should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.